# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIM BOWEN, II,<br><br>　　　　Defendant. | No. 12-CR-39 LRR<br><br>**ORDER FOR DETENTION** |

On October 10, 2017, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing. The Government was represented by Assistant United States Attorney Dan Chatham. The Defendant appeared personally and was represented by his attorney, John Bishop. For the reasons stated by the Court on the record at the time of hearing, the Court finds defendant met his burden of proving by clear and convincing evidence that he does not pose a risk of non-appearance, but failed to meet his burden of proving by clear and convincing evidence that he would not pose a danger to the community if released. The Court therefore concludes that the government's request for detention should be granted.

The request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for October 19, 2017, at 2:15 p.m., before the Honorable Linda R. Reade.

**IT IS SO ORDERED** this 10th day of October, 2017.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa